IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MYERS,                                              No. C 07-4905 SI

        Plaintiff,                                    **ORDER RE: DOCKET NOS. 9, 11 & 12**

  v.

SOCIAL SECURITY ADMINISTRATION,

        Defendant.
                                                               /

        Plaintiff has filed a motion to remove this case from the E-filing program, a motion to waive fees for Pacer services, and a motion to extend all case deadlines by six months. The Court informs plaintiff that because he is representing himself, he is not required to e-file documents in this case, and defendant will serve plaintiff with a paper copy of all documents filed by defendant. As such, plaintiff's motions related to the E-filing program and Pacer services are moot.

        Plaintiff seeks an extension of all case deadlines in order to seek representation, and states that he has an appointment with a lawyer who may be interested in this case. The Court notes that plaintiff's motion for summary judgment is not due to be filed until 30 days after service of defendant's answer; defendant's answer is not due until early next year. Accordingly, the Court finds that there is no need to grant an extension of time at this point. Plaintiff may renew his request for an extension of time if necessary after defendant files its answer.

        **IT IS SO ORDERED.**

Dated: December 18, 2007

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28