IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MYERS,                          No. C 07-4905 SI

       Plaintiff,                     **ORDER GRANTING DEFENDANT'S MOTION TO QUASH**

  v.

SOCIAL SECURITY ADMINISTRATION,

       Defendant.
                                     /

Defendant has filed a motion to quash a subpoena duces tecum served by plaintiff. Plaintiff's subpoena seeks his own and his deceased mother's SSI files. Defendant moves to quash the subpoena on the ground that the Court's review in this case is limited to the administrative record. Defendant also informs the Court that defense counsel has told plaintiff that the SSA has requested the files at issue, and that once the files arrive in San Francisco, plaintiff may make copies of them if he wishes.[1]

Based upon defendant's representations, the Court finds that plaintiff's discovery is unnecessary, and accordingly the Court GRANTS defendant's motion and QUASHES the subpoena. (Docket No. 14). As soon as defendant receives the files at issue, defendant shall contact plaintiff so that he may review and/or copy the files.

**IT IS SO ORDERED.**

Dated: January 9, 2008                                      SUSAN ILLSTON
United States District Judge

---

[1] Defendant states that plaintiff's file will be available at the San Francisco Mission District Office and his mother's file will be available at the San Francisco Downtown District Office.