IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MYERS,                                          No. C 07-4905 SI

        Plaintiff,                                    **ORDER RE: DEFENDANT'S MOTION TO DISMISS**

  v.

MICHAEL ASTRUE, Commissioner, Social Security Administration,

        Defendant.
                                             /

      Defendant has filed a motion to dismiss this case for lack of jurisdiction on the ground that as of September 21, 2007, when plaintiff filed this *pro se* action, plaintiff had not exhausted his administrative remedies under the Social Security Act. Defendant's motion and supporting papers do not state whether, since the filing of this action, the Agency has issued a final decision on plaintiff's administrative appeal. The Court directs defendant to file a statement no later than **April 7, 2008** regarding the status of plaintiff's administrative appeal.

      **IT IS SO ORDERED.**

Dated: March 27, 2008

                                                 SUSAN ILLSTON
                                                 United States District Judge