IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MYERS,                              No. C 07-4905 SI

       Plaintiff,                       **JUDGMENT**

  v.

MICHAEL ASTRUE, Commissioner, Social Security Administration,

       Defendant.
                                  /

Plaintiff's action is dismissed for lack of jurisdiction, because plaintiff has not exhausted his administrative remedies under the Social Security act. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 28, 2008

SUSAN ILLSTON
United States District Judge